UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AIDAVEL LOZANO LAIGO,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

CASE NO. C05-0485C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff's motion for summary judgment, docketed at Number 13, is hereby STRICKEN. Plaintiff's complaint has been DISMISSED and this case has been closed.

DATED this 26th day of May, 2005.

BRUCE RIFKIN, Clerk of Court

By   /s/ L. Simle
      Deputy Clerk

MINUTE ORDER – 1